UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. , a minor, by and through her parent and legal representative, NICOLE MUMMA,<br><br>     Plaintiff,<br><br>     v.<br><br>TODD MUMMA; DOES 1-500,<br><br>     Defendants. | Case No. 1:22-cv-00548 JLT SKO<br><br>ORDER PURSUANT TO STIPULATION TO RESCHEDULE PRELIMINARY INJUNCTION HEARING AND RETAIN INJUNCTION IN PLACE<br><br>(Doc. 14.) |

Based upon the parties' stipulation (Doc. 14), the hearing on Plaintiff's motion for preliminary injunction, currently scheduled for May 27, 2022, is rescheduled to **August 19, 2022, at 1:30 pm, in Courtroom 4.**

Defendant shall file any responsive papers two weeks before the preliminary injunction hearing date, and any optional reply shall be filed one week before the hearing date.

///

///

///

1

The injunction previously issued by this Court on May 13, 2022 (Doc. 8), shall remain in effect until the new preliminary injunction hearing date.

IT IS SO ORDERED.

Dated: __**May 26, 2022**__                                    _____
                                                               UNITED STATES DISTRICT JUDGE