1   Kevin G. Little, SBN 149818
2   Michelle L. Tostenrude, SBN 290121
    **LAW OFFICE OF KEVIN G. LITTLE**
    Post Office Box 8656
3   Fresno, California  93747
4   Telephone:  (559) 342-5800
    Facsimile:  (559) 242-2400
5   E-Mail:  kevin@kevinglittle.com

6   Attorneys for Plaintiff A.M., a minor, by and through
    her mother and legal representative, NICOLE MUMMA

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11

12  A.M. , a minor, by and through her parent and        Case No.: 1:22-cv-00548 JLT SKO
    legal representative, NICOLE MUMMA,
13                                                        **FIRST AMENDED COMPLAINT**
14                            Plaintiff,                  **FOR DAMAGES**

15              v.                                        18 U.S.C. § 2255 - Marsha's Law
                                                          18 U.S.C. § 2252A(f)
16  TODD MUMMA; DOES 1-500,                               Cal. Civil Code § 1708.8
                                                          Cal. Civil Code § 1708.85
17                            Defendants.                 California Law - Negligence

18

19  TO THE HONORABLE COURT:

20          Plaintiff A.M., a minor suing through her mother and legal representative, Nicole Mumma,

21  hereby makes the following amended allegations against the defendants, and each of them.

22                         **JURISDICTION AND VENUE**
23

24          1.       This Court has jurisdiction over this action arising under federal law with

25  supplemental state law claims pursuant to 28 U.S.C. §§ 1331 and 1367.

26          2.       This Court has venue over this action pursuant to 28 U.S.C. § 1391, as the

27  defendant resides in this juridical district and the underlying events also occurred in this district.

28

**PARTIES**

3.      Plaintiff A.M. is a minor who resides in this judicial district with her mother and legal representative.

4.      Defendant Todd Mumma is an adult resident of this judicial district.

5.      Plaintiff is currently ignorant of the identifies of the defendants sued as DOES 1-500, but she is informed and believes that they are all co-participants in the Defendant's misconduct as alleged herein.  These fictitious defendants will be renamed specifically when and if the Plaintiff learns their actual identities.

**FACTUAL ALLEGATIONS**

6.      On May 8, 2020, Plaintiff learned through law enforcement that Defendant, her own stepfather, had installed hidden video cameras in her bedroom and bathroom and had been filming her while she was dressing, undressing, and using the bathroom.

7.      Additionally, the Defendant was saving and, Plaintiff is informed and believes, sharing and distributing the resultant videos with other persons.  The Defendant had a hidden network server installed at his home and maintained a collection of media storage devices at home and at his work.  Defendant works in the computer technology field and was well capable of disseminating the clandestine videos he made of Plaintiff.

8.      Local and federal officials investigated and interviewed the Defendant, and they also uncovered evidence proving the Defendant's misconduct.  Defendant is currently under prosecution in federal and state court for child pornography and related offenses in which he victimized A.M., his own stepdaughter.  *See* USDC - CAED No. 1:20-cr-00168 JLT SKO, and Fresno Superior Court No. F20904444. In federal court, the Defendant is charged with violating

18 U.S.C. §§ 2251(a) and (e), and 18 U.S.C. § 2252(a)(2).   In state court, the defendant is charged with violating Cal. Penal Code §§ 311.11 and 311.3.

9.      Plaintiff attaches the affidavit submitted to this Court in support of the Criminal Complaint against the Defendant, and she incorporates its contents herein by reference in accordance with Federal Rule of Civil Procedure 10(c).

10.     Defendant was also found with child pornography depicting other minors, seemingly from other parts of the world.  Defendant, under the guise of hunting and business trips, traveled extensively, and Plaintiff is informed and believe that the videos the Defendant made of her without her consent were distributed directly and by computer locally, nationally and internationally.

**CAUSES OF ACTION**

First Cause of Action - 18 U.S.C. § 2255 - Marsha's Law

(Against All Defendants)

11.     Plaintiff incorporates the foregoing allegations by reference.

12.     18 U.S.C. § 2255 entitles any victim of enumerated child pornography offenses who has suffered personal injury to sue for the greater of $150,000 or actual damages, as well as an award of costs, attorney's fees, punitive damages and appropriate preliminary and equitable relief.

13.     As a victim of qualifying child pornography offenses who has suffered damages, Plaintiff has standing and the right to seek relief.

Second Cause of Action - 18 U.S.C. § 2252A(f)

(Against All Defendants)

14.     Plaintiff incorporates the foregoing allegations by reference.

15.     18 U.S.C. § 2252A(f) entitles any victim of enumerated child pornography offenses who has suffered personal injury to sue for compensatory and punitive damages, as well as an award of costs, attorney's fees, expert fees, and appropriate preliminary and equitable relief.

16.     As a victim of qualifying child pornography offenses who has suffered damages, Plaintiff has standing and the right to seek relief.

Third Cause of Action - Cal. Civil Code § 1708.8

(Against All Defendants)

17.     Plaintiff incorporates the foregoing allegations by reference.

18.     Cal. Civil Code § 1708.8 makes any person who captures or attempts to capture offensive images of another person engaging in private or personal activity responsible for up to treble damages, punitive damages, payment of a civil fine, disgorgement of any profits from related commercial activity, as well as an award of attorney's fees and expenses.

19.     As a victim of qualifying misconduct who has suffered damages, Plaintiff has standing and the right to seek relief.

Fourth Cause of Action - Cal. Civil Code 1708.85

(Against All Defendants)

20.     Plaintiff incorporates the foregoing allegations by reference.

21.     Cal. Civil Code § 1708.85 makes any person who captures or attempts to capture intimate images of another person responsible for actual damages, punitive damages, as well as an award of attorney's fees and expenses.

22.     As a victim of qualifying misconduct who has suffered damages, Plaintiff has standing and the right to seek relief.

///

///

1

Fifth Cause of Action - Negligence - California Law

2

(Against All Defendants)

3

4

23.    Plaintiff incorporates the foregoing allegations by reference.

5

24.    Cal. Civil Code § 1714(a) provides that "[e]veryone is responsible not only for the

6

result of his or her willful acts, but also for an injury occasioned to another by his or her want of

7

ordinary care or skill in the management of his or her property of person."

8

25.    The foregoing allegations make clear that, at minimum, the Defendants had a duty

9

to avoid engaging in conduct that was reasonably foreseeable to cause harm to the Plaintiff, and

10

that they breached that duty.  Accordingly, even if the foregoing alleged acts were undertaken

11

without an intention to harm the Plaintiff, the Defendants acted negligently and left her

12

susceptible to harm by their want of ordinary care.

13

14

26.    The foregoing allegations also make it clear that the Defendants' negligent actions

15

caused harm to Plaintiff, who consequently sustained the damages that were proximately and

16

substantially caused thereby.

17

18

27.    Because the Defendants failed to exercise ordinary and reasonable care to protect

19

her from harm, and because she was in fact harms as a result of their actions, they are liable to

20

her under California Civil Code § 1714 and related common law principles of negligence.

21

///

22

///

23

///

24

25

26

27

28

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for legal and equitable relief to the greatest extent permitted by her respective causes of action, as well as any other relief the Court determines to be just and proper.

Dated: June 8, 2022                    LAW OFFICE OF KEVIN G. LITTLE

*/s/ Kevin G. Little*
Kevin G. Little, Esq.
Attorneys for Plaintiff A.M., a minor, by and
through her mother and legal representative,
NICOLE MUMMA