# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through her parent and legal representative, NICOL MUMMA<br><br>Plaintiffs,<br><br>v.<br><br>TODD MUMMA, et al.,<br><br>Defendants. | Case No.: 1:22-cv-0548 JLT SKO<br><br>ORDER FINDING THAT A GUARDIAN AD LITEM IS UNNECESSARY |

A.M. is a minor and seeks to proceed "through her mother and legal representative, Nicole Mumma." (*See* Doc. 16 at 1; *see also* Doc. 1 at 1.) This lawsuit may proceed through A.M.'s general guardian—her mother. (Fed. R. Civ. P. 17(c)(1)(A). Moreover, A.M. will turn 18 on August 11, 2022 (Doc. 18 at 2). Consequently, the Court agrees with A.M. (Doc. 18), that no guardian ad litem is required and the order requiring Ms. Mumma to seek this status (Doc. 17) is **WITHDRAWN**.

IT IS SO ORDERED.

Dated: __**July 26, 2022**__                                    /s/ Jennifer L. Thurston
                                                                               UNITED STATES DISTRICT JUDGE