# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through her parent and legal representative, NICOLE MUMMA,<br><br>  Plaintiff,<br><br>  v.<br><br>TODD MUMMA; DOES 1-500,<br><br>  Defendants. | Case No. 1:22-cv-00548 JLT SKO<br><br>ORDER PURSUANT TO THE STIPULATION OF THE PARTIES TO RETAIN THE TERMS OF THE TEMPORARY INJUNCTION<br><br>(Doc. 5) |

Based upon the parties' agreement in open court on September 30, 2022, the injunction previously issued by this Court on May 13, 2022 (Doc. 8), shall remain in effect, though as a stipulation of the parties, until this litigation is resolved. In addition, if Mr. Mumma decides during the pendency of this action to file a bankruptcy action, **at least 30 days before** filing such an action, he **SHALL** give written notice to plaintiff through her counsel of record. Considering this agreement, the pending request for a preliminary injunction (Doc. 5) is **DENIED AS MOOT.**

IT IS SO ORDERED.

  Dated:   **September 30, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE