# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

A.M.,

Plaintiff,

v.

TODD MUMMA,

Defendant.

Case No. 1:22-cv-0548-JLT-EGC

**ORDER REGARDING REMOTE APPEARANCE FOR SETTLEMENT CONFERENCE**

(Doc. 73)

The Court is in receipt of the Parties' requests to appear remotely for the September 15, 2026 Settlement Conference.

The Court orders as follows:

1. Counsel for Plaintiff and Counsel for Defendant **SHALL** appear in person before Magistrate Judge Erin Guy Castillo on September 15, 2026 at 1:00 pm in Courtroom 7.

2. Plaintiff may appear via Zoom. She is advised that that she must conduct the session from a quiet, private room completely free from background noise, interruptions, visual distractions, or any other activities that could disrupt the audio or video transmission. The Court reserves the right to immediately terminate the remote connection or order an in-person appearance if a participant fails to maintain this professional environment. The Courtroom Deputy will send out a confidential Zoom link beforehand.

The Court is further informed that Defendant is currently incarcerated at Lompoc Federal Prison. The Court **GRANTS** Defense Counsel's request for Defendant, Todd Mumma, to appear remotely. Defense Counsel is **DIRECTED** to coordinate with the Bureau of Prisons to facilitate his client's appearance and update the Court as soon as possible after arrangements are made so that the Court may issue a writ.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE