Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: service@kevinglittle.com

Attorneys for Plaintiff A.M.

KGL
LAW OFFICE OF KEVIN G. LITTLE
Fresno | San Francisco | San Diego

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

A.M., a minor, by and through her parent and legal representative, NICOLE MUMMA,

Plaintiff,

vs.

TODD MUMMA,

Defendant.

Case No.: 1:22-cv-00548-JLT-EGC

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME FOR FILING MOTIONS IN LIMINE TO SEPTEMBER 11, 2026**

Hon. Jennifer L. Thurston

Trial Date: October 6, 2026

**TO THE HONORABLE COURT:**

Plaintiff A.M. ("Plaintiff"), and Defendant Todd Mumma ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**RECITALS**

1. The parties are in productive settlement negotiations and anticipate reaching a full resolution of this case in the next few days.

2. The current deadline for filing motions in limine is September 8, 2026, with oppositions to any motions due on September 17, 2026. (Doc. 80.)

3. Because the parties believe it is in their best interests to focus on reaching a full settlement within the next few days rather than filing of in limine motions, they are jointly

KGL
LAW OFFICE OF KEVIN G. LITTLE
Fresno | San Francisco | San Diego

requesting that any motions in limine be ordered filed by Friday, September 11, 2026. The opposition due date would be unaffected by this request.

**THE PARTIES THEREFORE STIPULATE, AND JOINTLY REQUEST THAT THE COURT ORDER:**

1. The Court's Final Pretrial Order (Doc. 80) is modified, solely as set forth herein, to permit the filing of motions in limine by Friday, September 11, 2026 instead of Tuesday, September 8, 2026.

2. No other pretrial filing date would be affected by this requested order.

**IT IS SO STIPULATED.**

Dated: September 7, 2026

**LAW OFFICE OF KEVIN G. LITTLE**

By: /s/ Kevin G. Little
Kevin G. Little
Attorneys for Plaintiff A.M.

Dated: September 7, 2026

**SARABIAN LAW**

By: /s/ Jacob Sarabian
Jacob Sarabian
Attorneys for Defendant Todd Mumma

**ORDER**

The above Stipulation is **APPROVED.** The Court's Final Pretrial Order (Doc. 80) is modified solely to permit the filing of motions in limine by Friday, September 11, 2026 instead of Tuesday, September 8, 2026.

IT IS SO ORDERED.

Dated: September 8, 2026

UNITED STATES DISTRICT JUDGE